USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                  :
:
-v-                             :        1:21-cr-758-GHW
:
FREDDY SERRANO, JR.,                       :        ORDER
:
Defendant.         :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the FREDDY SERRANO, JR, by and through his attorney LUIS O. DIAZ, and with the consent of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MATTHEW R. SHAHABIAN, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this matter scheduled for May 12, 2022 is adjourned to July 12, 2022 at 4:00 p.m.  The Court will conduct the proceeding on the Teams videoconferencing platform.  The Court will issue a separate order with information regarding access to the conference.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery, and permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through July 12, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated:  May 10, 2022

_____
GREGORY H. WOODS
United States District Judge