```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA                                  :
                                                              :
                    -v.-                                      :      21 Cr. 785 (GHW)
                                                              :
    FREDDY SERRANO JR.,                                       ::             ORDER
                                                              :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/11/2022

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, MATTHEW R. SHAHABIAN, Assistant United States Attorney, of counsel, and with the consent of FREDDY SERRANO JR., by and through his attorney, LUIS O. DIAZ, it is hereby ORDERED that the pretrial conference in this case is continued from July 12, 2022 to July 20, 2022 at 10:00 a.m.  The conference will take place in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Steet, New York, NY 10007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion is warranted because it will provide the parties time to discuss and potentially finalize a pretrial disposition.  Accordingly, it is further ORDERED that the time from the date of this order through July 20, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  July 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge